

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### *Mark K. Gyandoh, Esq.*

DATE OF ADMISSION

*March 15, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 17, 2019

Elizabeth E. Zisk
Chief Clerk