# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| RAYMOND HAWKINS, and ROBIN LUNG, individually and on behalf of all others similarly situated, | : : : : |
| Plaintiffs, | : : : |
| v. | : : : |
| CINTAS CORPORATION, BOARD OF DIRECTORS OF CINTAS CORPORATION, SCOTT D. FARMER, INVESTMENT POLICY COMMITTEE, and JOHN DOES 1-30. | : : : : : : |
| Defendants. | : |

CIVIL ACTION NO.: 1:19-01062

CLASS ACTION COMPLAINT

JURY TRIAL DEMANDED

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, Michael J. Connick, trial
(Name of Trial Attorney)

attorney for Raymond Hawkins, and Robin Lung, et. al., in the above-referenced action,
(Name of Party)

hereby moves the court to admit Mark Gyandoh, *pro hac vice* to appear and participate as
(Name of PHV Attorney)

counsel or co-counsel in this case for Raymond Hawkins and Robin Lung, et. al.
(Name of Party)

Movant represents that Mark Gyandoh is a member in good standing
(Name of PHV Attorney)

of the highest court of Pennsylvania as attested by the accompanying certificate from that
(Name of State)

court and that Mark Gyandoh is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee.

<u>Mark Gyandoh</u>'s relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u>(717) 233-4101</u>     Business fax  <u>(717) 233-4103</u>

Business address   <u>Capozzi Adler, P.C.</u>

<u>2933 North Front Street, Harrisburg, PA  17110</u>

Business e-mail address  <u>markg@capozziadler.com</u>

<u>/s/ Michael Connick</u>
(Signature of Trial Attorney)

<u>OH Attorney ID# 46624: 301 Main Street, Suite H</u>
(Address)

<u>Zanesville, OH 43701</u>
(City, State, Zip Code)

<u>(717) 233-4101</u>
(Telephone Number)

Trial Attorney for:
<u>Raymond Hawkins and Robin Lung</u>
(Name of Party)


**(Please attach required Certificate of Service)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| RAYMOND HAWKINS, and ROBIN LUNG, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>CINTAS CORPORATION, BOARD OF DIRECTORS OF CINTAS CORPORATION, SCOTT D. FARMER, INVESTMENT POLICY COMMITTEE, and JOHN DOES 1-30.<br>       Defendants. | CIVIL ACTION NO.: 1:19-01062<br><br>CLASS ACTION COMPLAINT<br><br><u>JURY TRIAL DEMANDED</u> |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 18, 2019 a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                By: /s/ __Michael J. Connick_____



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Mark K. Gyandoh, Esq.*

DATE OF ADMISSION

*March 15, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  December 17, 2019

Elizabeth E. Zisk
Chief Clerk