# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| RAYMOND HAWKINS and ROBIN LUNG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CINTAS CORPORATION, BOARD OF DIRECTORS OF CINTAS CORPORATION, SCOTT D. FARMER, INVESTMENT POLICY COMMITTEE, and JOHN DOES 1-30, <br><br> Defendants. | Case No.: 1:19-cv-1062-TSB <br><br> (Hon. Timothy S. Black) <br><br> **STIPULATED EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD** |

By agreement of the parties, and pursuant to S.D. Ohio Civ. R. 6.1, it is stipulated that Defendants Cintas Corporation, the Board of Directors of Cintas Corporation, the Investment Policy Committee, and Scott D. Farmer (collectively, "Defendants"), are granted an additional 21 days, up to and including March 10, 2020, to answer, move or otherwise plead in response to Plaintiffs' Complaint (Doc. 1). No prior stipulated extensions to the Defendants, together with this stipulated extension, exceed a total of 21 days.

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ Michael J. Connick (via email authorization) | /s/ Jacob D. Rhode |
| Michael J. Connick (0046624), Trial Attorney | Jacob D. Rhode (0089636), Trial Attorney |
| MICHAEL J. CONNICK CO., LPA | KEATING MUETHING & KLEKAMP PLL |
| 301 Main Street, Suite H | One E. 4th Street, Suite 1400 |
| Zanesville, OH 43701 | Cincinnati, OH 45202 |
| Tel: (216) 924-2010 | Tel: (513) 579-6400 |
| mconnick@MJConnick.com | Fax: (513) 579-6457 |
| | jrhode@kmklaw.com |
| Mark K. Gyandoh (admitted *pro hac vice*) | |
| CAPOZZI ADLER, P.C. | Mark B. Blocker* |
| 2933 North Front Street | Chris K. Meyer* |
| Harrisburg, PA 17110 | Caroline A. Wong* |
| Telephone: (717) 233-4101 | *pro hac vice* application pending |
| Facsimile: (717) 233-4103 | SIDLEY AUSTIN LLP |
| markg@capozziadler.com | One South Dearborn St. |
| | Chicago, IL 60603 |
| *Attorneys for Plaintiffs and the Putative Class* | Tel: (312) 853-7000 |
| | Fax: (312) 853-7036 |
| | mblocker@sidley.com |
| | cmeyer@sidley.com |
| | caroline.wong@sidley.com |
| | |
| | *Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I certify that on February 17, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

                                                         */s/ Jacob D. Rhode*

9787109.1