# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|   |   |
|---|---|
| RAYMOND HAWKINS, and ROBIN LUNG, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CINTAS CORPORATION, BOARD OF DIRECTORS OF CINTAS CORPORATION, SCOTT D. FARMER, INVESTMENT POLICY COMMITTEE, and JOHN DOES 1-30, <br><br> Defendants. | Case No. 1:19-cv-01062-TSB <br><br> Honorable Timothy S. Black |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Cintas Corporation ("Cintas"), the Board of Directors of Cintas Corporation, Scott D. Farmer, and the Investment Policy Committee (together, "Defendants"), pursuant to 9 U.S.C. § 16(a)(1), hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Order Denying Motion to Compel Arbitration entered in this action on January 27, 2021 (Dkt. 20).

Dated: February 10, 2021       Respectfully submitted,

         By: */s/* Jacob D. Rhode
            Jacob D. Rhode (0089636), Trial Attorney
            KEATING MUETHING & KLEKAMP PLL
            One East Fourth Street, Suite 1400
            Cincinnati, OH 45202
            Telephone: (513) 579-6580
            Facsimile: (513) 579-6457
            jrhode@kmklaw.com

*/s/* Mark B. Blocker
Mark B. Blocker (admitted *pro hac vice*)
Chris K. Meyer (admitted *pro hac vice*)
Caroline A. Wong (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
mblocker@sidley.com
cmeyer@sidley.com
caroline.wong@sidley.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2021, I caused copies of the foregoing document to be served via the CM/ECF system upon:

Michael J. Connick (0046624)
Michael J. Connick Co., LPA
301 Main Street, Suite H
Zanesville, OH 43701
Telephone: (216) 924-2010
mconnick@MJConnick.com

Mark K. Gyandoh
Capozzi Adler, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
markg@capozziadler.com

                                         */s/* Mark B. Blocker