# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 19, 2022

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re: Case No. 21-3156, *Raymond Hawkins, et al v. Cintas Corporation, et al*
Originating Case No. : 1:19-cv-01062

Dear Mr. Nagel,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Divya Kumar
For Monica Page, Case Manager

cc: Mr. Mark Bruce Blocker
Mr. Mark K. Gyandoh
Mr. Robert N. Hochman
Ms. Gabrielle P. Kelerchian
Mr. Christopher Kenneth Meyer
Mr. Donald R. Reavey
Ms. Caroline A. Wong
Ms. Mary Caroline Wood

Enclosure

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 21-3156

_____

Filed: May 19, 2022

RAYMOND HAWKINS, individually and on behalf of all others similarly situated; ROBIN LUNG, individually and on behalf of all others similarly situated

      Plaintiffs - Appellees

v.

CINTAS CORPORATION; INVESTMENT POLICY COMMITTEE; SCOTT D. FARMER; BOARD OF DIRECTORS OF CINTAS CORPORATION

      Defendants - Appellants

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 04/27/2022 the mandate for this case hereby issues today.

COSTS:  None