UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RAYMOND HAWKINS, ROBIN LUNG, NEEDY KRISINA BAJAO-WIRTJES, RACHEAL LOVELL NEELY, SOMMER MOORE, ADAM DIPZINSKI, JONATHAN WILSON, ISMAEL ATAYDE-GONZALES, CARLOS CANO, CAROLA SPURLOCK, LEIGHA AYRES, ALVARO CRUZADO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CINTAS CORPORATION, BOARD OF DIRECTORS OF CINTAS CORPORATION, SCOTT D. FARMER, INVESTMENT POLICY COMMITTEE, and JOHN DOES 1-30.<br>Defendants. | Case No.: 1:19-cv-01062-JPH |

## JOINT MOTION TO STAY

Plaintiffs Raymond Hawkins, Robin Lung, Needy Krisina Bajao-Wirtjes, Rachel Lovell Neely, Sommer Moore, Adam Dipzinski, Jonathan Wilson, Ismael Atayde-Gonzales, Carlos Cano, Carola Spurlock, Leigha Ayres, and Alvaro Cruzado ("Plaintiffs") and Defendants Cintas Corporation, Board of Directors of Cintas Corporation, Scott D. Farmer, and Investment Policy Committee ("Defendants") (together with Plaintiffs, the "Parties"), by and through their respective counsel, respectfully submit this Joint Motion to Stay in light of their agreement in principle to settle this case.

Following mediation with a neutral, well-respected mediator, the Parties have agreed in principle to resolve the litigation. The Parties are working to memorialize their agreement and prepare the appropriate papers to submit to the Court for preliminary approval of the settlement

1

under Federal Rule of Civil Procedure 23. The Parties propose that Plaintiffs file a motion for preliminary approval of the settlement and all necessary and appropriate supporting papers by January 19, 2024.

NOW, THEREFORE, the Parties respectfully request the Court stay all pending deadlines in this action and set a deadline of January 19, 2024, for Plaintiffs to file a motion for preliminary approval of the settlement with all necessary and appropriate supporting papers. If, however, the Parties are not in a position to fully document their settlement or obtain all necessary consents or approvals by January 19, 2024, the Parties will promptly file a joint report to apprise the Court of their progress and request additional time.

Dated: November 3, 2023

Respectfully submitted,

*/s/ Michael J. Connick*
Michael J. Connick
Ohio ID #46624
M.J. CONNICK
301 Main Street, Suite H
Zanesville, OH 43701
Email: mconnick@MJConnick.com

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh (admitted *pro hac vice*)
CAPOZZI ADLER., P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey
CAPOZZI ADLER., P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

*Counsel for Plaintiffs and the Putative Class*

By: */s/ Jacob D. Rhode*
Jacob D. Rhode (0089636), Trial Attorney
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 579-6580
Facsimile: (513) 579-6457
Email: jrhode@kmklaw.com

*/s/ Mark B. Blocker*
Mark B. Blocker (admitted *pro hac vice*)
Chris K. Meyer (admitted *pro hac vice*)
Caroline A. Wong (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: mblocker@sidley.com
cmeyer@sidley.com
caroline.wong@sidley.com

*Counsel for Defendants*