# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| RAYMOND HAWKINS, ROBIN LUNG, NEEDY KRISINA BAJAO-WIRTJES, RACHEAL LOVELL NEELY, SOMMER MOORE, ADAM DIPZINSKI, JONATHAN WILSON, ISMAEL ATAYDE-GONZALES, CARLOS CANO, CAROLA SPURLOCK, LEIGHA AYRES, and ALVARO CRUZADO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CINTAS CORPORATION, BOARD OF DIRECTORS OF CINTAS CORPORATION, SCOTT D. FARMER, INVESTMENT POLICY COMMITTEE, and JOHN DOES 1-30.<br>Defendants. | CIVIL ACTION NO.: 1:19-cv-01062-JPH |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, APPROVAL OF PLAN OF ALLOCATION, AND SCHEDULING OF FAIRNESS HEARING

Named Plaintiffs, Raymond Hawkins, Robin Lung, Needy Krisina Bajao-Wirtjes, Racheal Lovell Neely, Sommer Moore, Adam Dipzinski, Jonathan Wilson, Ismael Atayde-Gonzales, Carlos Cano, Carola Spurlock, Leigha Ayres, and Alvaro Cruzado, (together, "Plaintiffs"), by and through their attorneys, and on behalf of the Cintas Partners Plan (the "Plan"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement entered into with Defendants.[1] (the "Settlement" or "Settlement Agreement"), Preliminary Approval of Class Notice, Approval of Plan of Allocation, and

---

[1] Defendants refer, collectively, to Cintas Corporation ("Cintas") the Board of Directors of Cintas Corporation ("Board"), Scott D. Farmer, and the Investment Policy Committee ("Committee).

1

Scheduling of a Fairness Hearing ("Motion for Preliminary Approval") and respectfully move the Court for an Order granting the relief sought. The grounds for this motion are set forth in Plaintiffs and their Counsel's declarations and the memorandum of law in support of this motion, which are submitted herewith.

A Proposed Order is submitted herewith.

Dated: February 9, 2024

Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
*Designated Trial Attorney*
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

**CONNICK LAW, LLC**

Michael J. Connick, Esquire
(Trial Attorney)
Ohio Attorney ID # 46624
45 N. 4th Street
Zanesville, OH 43701
Email: mconnick@mjconnick.com
Tel: (216-) 924-2010

*Attorneys for Plaintiffs, the Plan and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
